UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Ditech Financial LLC

Order Filed on November 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    April L. Kneiblher &
    Dennis L. Kneiblher, Jr.,

Debtors.

Case No.:   15-29384
Chapter 13
Hearing Date:  8/28/19
Judge:  Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 12, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Ditech Financial LLC</u> for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that real property known as 403 Tecumseh Trail, Browns Mills, NJ is not property of Debtors' bankruptcy estate and therefore the automatic stay does not apply to said property; and

It is further ORDERED that to the automatic stay is hereby vacated as to April Kneiblher, in so far as her capacity as the executrix of the estate of Donna Jensen, and solely with regard to the her role as executrix as it relates to 403 Tecumseh Trail, Browns Mills, NJ; and

It is further ORDERED that Secured Creditor can proceed with its rights and remedies with regard to 403 Tecumseh Trail, Browns Mills, NJ and against April Kneiblher, solely in her capacity as executrix of the estate of Donna Jensen; and

It is further ORDERED that the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.