UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Ditech Financial LLC

In Re:
    April L. Kneiblher &
    Dennis L. Kneiblher, Jr.,

Debtors.

Case No.:  15-29384
Chapter 13
Hearing Date: 8/28/19
Judge: Michael B. Kaplan

**Order Filed on November 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Ditech Financial LLC</u>  for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that real property known as 403 Tecumseh Trail, Browns Mills, NJ is not property of Debtors' bankruptcy estate and therefore the automatic stay does not apply to said property; and

It is further ORDERED that to the automatic stay is hereby vacated as to April Kneiblher, in so far as her capacity as the executrix of the estate of Donna Jensen, and solely with regard to the her role as executrix as it relates to 403 Tecumseh Trail, Browns Mills, NJ; and

It is further ORDERED that Secured Creditor can proceed with its rights and remedies with regard to 403 Tecumseh Trail, Browns Mills, NJ and against April Kneiblher, solely in her capacity as executrix of the estate of Donna Jensen; and

It is further ORDERED that the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis L. Kneiblher, Jr.  
April L. Kneiblher  
    Debtors

Case No. 15-29384-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 12, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.  
db/jdb         +Dennis L. Kneiblher, Jr.,    April L. Kneiblher,    426 Colorado Trail,    Browns Mills, NJ 08015-5612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:  
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Emmanuel J. Argentieri    on behalf of Creditor    PNC BANK, NA bk@rgalegal.com  
       Paul C. Detrick    on behalf of Debtor Dennis L. Kneiblher, Jr. pdetrick@comcast.net  
       Paul C. Detrick    on behalf of Joint Debtor April L. Kneiblher pdetrick@comcast.net  
       Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
       Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
                                                                  TOTAL: 8