**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dennis L. Kneiblher Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4150<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | April L. Kneiblher<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1427<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:  15–29384–MBK | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dennis L. Kneiblher Jr.                    April L. Kneiblher

<u>1/28/21</u>                    **By the court:** <u>Michael B. Kaplan</u>
                                       United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis L. Kneiblher, Jr.  
April L. Kneiblher  
    Debtors  

Case No. 15-29384-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Jan 28, 2021     Form ID: 3180W     Total Noticed: 75

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis L. Kneiblher, Jr., April L. Kneiblher, 426 Colorado Trail, Browns Mills, NJ 08015-5612 |
| cr | + | BANK OF AMERICA, N.A., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 515793588 | | AT&T Universal Card, PO Box 8206, South Hackensack, NJ 07606 |
| 515793595 | + | BPD Internatioanl, 90 Broad St., New York, NY 10004-2205 |
| 515793602 | | CP c/o Nat'l Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 515793603 | | CSMC/CBUSA, Hagerstown, MD 21747 |
| 515793604 | | Dennis Kneiblher, Sr., Circle North, Largo, FL |
| 515793608 | + | Discover Bank c/o, Leading Edge Recovery, PO Box 2330, Schiller Park, IL 60176-0330 |
| 515793612 | | First Nat'l Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 515793614 | + | Golden Valley Lending, 635 Hwy. 20, E., Upper Lake, CA 95485-8793 |
| 515793617 | | HSBC Bank Nevada NA, eCast Settlement Corp., PO Box 35480, Newark, NJ 07193-5480 |
| 515793622 | + | Mobiloans.com, PO Box 1409, Marksville, LA 71351-1409 |
| 515793623 | + | North Fork Bank, 245 Love Lane, Mattituck, NY 11952-3278 |
| 515793624 | + | Northland Group, Inc., P.O. Box 390846, Mail Code SOL55, Minneapolis, MN 55439-0846 |
| 515793626 | + | Onlineadvance,com, 2020 S. Colorado Blvd., Denver, CO 80222-7905 |
| 517394893 | + | Prober & Raphael, A Law Corporation, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364-6207 |
| 515793630 | | Roudup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 |
| 515793631 | + | Safeloan.com, PO Box 706-1200, New York, NY 10109-0001 |
| 515793632 | + | Sallie Mae-Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 515793637 | | World Savings, PO Box 659588, San Antonio, TX 78265 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515799258 | | EDI: ATLASACQU | Jan 29 2021 02:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 515793586 | + | EDI: GMACFS.COM | Jan 29 2021 02:18:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 515835791 | | EDI: GMACFS.COM | Jan 29 2021 02:18:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 515793587 | + | EDI: GMACFS.COM | Jan 29 2021 02:18:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 515793589 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2021 23:21:07 | B-First LLC, Mail Stop 550, 2102 Fourth Ave, Ate. 1, Seattle, WA 98121-2308 |
| 515793590 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2021 23:20:03 | B-Line, LLC, Attn: Steven Kane, PO Box 91121, Sept. 550, Seattle, WA 98111-9221 |

Case 15-29384-MBK    Doc 64    Filed 01/30/21    Entered 01/31/21 00:17:57    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 3180W | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| 515995249 | | EDI: BANKAMER.COM | Jan 29 2021 02:18:00 | BANK OF AMERICA, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 515793591 | + | EDI: BANKAMER.COM | Jan 29 2021 02:18:00 | Bank of America, PO Box 5170, Simi Valley, CA 93062-5170 |
| 515793592 | + | EDI: BANKAMER.COM | Jan 29 2021 02:18:00 | Bank of America, 1825 East Buckeye Rd., Phoenix, AZ 85034-4216 |
| 515793593 | | EDI: BANKAMER.COM | Jan 29 2021 02:18:00 | Bank of America, NA, USA, PO Box 2278, Norfolk, VA 23501-2278 |
| 515793600 | | EDI: WFNNB.COM | Jan 29 2021 02:18:00 | Children's PLace, PO Box 183015, Columbus, OH 43218 |
| 515793601 | | EDI: CITICORP.COM | Jan 29 2021 02:18:00 | Citi Bank, PO Box 183113, Columbus, OH 43218-3113 |
| 515793615 | | EDI: CITICORP.COM | Jan 29 2021 02:18:00 | Home Depot Credit Service, Processing Center, Des Moines, IA 50364-0500 |
| 515793597 | | EDI: CAPITALONE.COM | Jan 29 2021 02:18:00 | Capital One, PO Box 71107, Charlotte, NC 28272-1107 |
| 515793596 | | EDI: CAPITALONE.COM | Jan 29 2021 02:18:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 515895168 | | EDI: CAPITALONE.COM | Jan 29 2021 02:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515907086 | | EDI: BL-BECKET.COM | Jan 29 2021 02:18:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 517383355 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2021 22:02:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 517383356 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2021 22:02:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 515795907 | + | Email/Text: bankruptcy@cavps.com | Jan 28 2021 22:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 515816391 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2021 23:19:59 | Credit One, PO Box 60500, City of Industry, CA 91716-0500 |
| 515793605 | | EDI: HFC.COM | Jan 29 2021 02:18:00 | DIRECT MERCHANT'S BANK, PO Box 21222, Tulsa, OK 74121 |
| 515793606 | | EDI: DISCOVER.COM | Jan 29 2021 02:18:00 | Discover, PO BOX 7068, Dover, DE 19903 |
| 515793609 | | EDI: DISCOVER.COM | Jan 29 2021 02:18:00 | Discover Financial Service, PO Box 8003, Hilliard, OH 43026 |
| 515793607 | | EDI: DISCOVER.COM | Jan 29 2021 02:18:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 515803769 | | EDI: DISCOVER.COM | Jan 29 2021 02:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515793613 | | EDI: RMSC.COM | Jan 29 2021 02:18:00 | GEMoney Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 515793616 | | EDI: HFC.COM | Jan 29 2021 02:18:00 | Household Finance, PO Box 88000, Baltimore, MD 21288 |
| 515793594 | | EDI: JPMORGANCHASE | Jan 29 2021 02:18:00 | Bank One, PO Box 15153, Wilmington, DE 19886 |
| 515793599 | | EDI: JPMORGANCHASE | Jan 29 2021 02:18:00 | Chase, 100 Duffy Ave., Hicksville, NY 11801 |
| 515793598 | | EDI: JPMORGANCHASE | Jan 29 2021 02:18:00 | Chase, PO Box 15153, Wilmington, DE 19886-5153 |
| 515793618 | | Email/Text: PBNCNotifications@peritusservices.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 3180W | Total Noticed: 75 |

| Recipient | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Jan 28 2021 22:02:00 | KOHL'S, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 515793620 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2021 23:20:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515793619 | EDI: RMSC.COM | Jan 29 2021 02:18:00 | Lowe's/GECRB, PO Box 530914, Atlanta, GA 30353-0914 |
| 515793621 | + EDI: BANKAMER.COM | Jan 29 2021 02:18:00 | MBNA, PO Box 15026, Wilmington, DE 19850-5026 |
| 515816392 | + EDI: PHINGENESIS | Jan 29 2021 02:18:00 | Milestone, PO Box 4477, Beaverton, OR 97076-4401 |
| 515793625 | EDI: RMSC.COM | Jan 29 2021 02:18:00 | Old Navy-GECRB, PO Box 530942, Atlanta, GA 30353-0942 |
| 515990476 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2021 22:03:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 515793628 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2021 22:03:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 515793629 | EDI: PRA.COM | Jan 29 2021 02:18:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 515847868 | EDI: PRA.COM | Jan 29 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 515992270 | EDI: PRA.COM | Jan 29 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o Chase Bank Usa, N.a., POB 41067, Norfolk VA 23541 |
| 515847872 | EDI: PRA.COM | Jan 29 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 515854274 | EDI: PRA.COM | Jan 29 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 515853072 | EDI: PRA.COM | Jan 29 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o PC Richard, POB 41067, Norfolk VA 23541 |
| 515992110 | EDI: PRA.COM | Jan 29 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o Peebles, POB 41067, Norfolk VA 23541 |
| 515793627 | + EDI: WFNNB.COM | Jan 29 2021 02:18:00 | Peebles-Comenity, PO Box 659465, San Antonio, TX 78265-9465 |
| 515795848 | EDI: RMSC.COM | Jan 29 2021 02:18:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 515793634 | EDI: HFC.COM | Jan 29 2021 02:18:00 | The GM Card, PO Box 88000, Baltimore, MD 21288 |
| 515793635 | EDI: WFNNB.COM | Jan 29 2021 02:18:00 | Victoria's Secret, PO Box 659562, San Antonio, TX 78265 |
| 515793636 | + EDI: WFNNB.COM | Jan 29 2021 02:18:00 | WFNNB, PO Box 659705, San Antonio, TX 78265-9705 |
| 515793610 | EDI: ECAST.COM | Jan 29 2021 02:18:00 | eCast Settlement Corp., assignee of Citibank, NA, Helxberg Cobrand Consumer, PO Box 35480, Newark, NJ 07193-5480 |
| 515793611 | + EDI: ECAST.COM | Jan 29 2021 02:18:00 | eCast Sttlement Corp., PO Box 35480, Newark, NJ 07193-5480 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Jan 28, 2021 | Form ID: 3180W | Total Noticed: 75

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515793633 | | The Cash Line |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor PNC BANK NA bk@rgalegal.com |
| Paul C. Detrick | on behalf of Joint Debtor April L. Kneiblher pdetrick@comcast.net |
| Paul C. Detrick | on behalf of Debtor Dennis L. Kneiblher Jr. pdetrick@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor DITECH FINANCIAL LLC rsolarz@kmllawgroup.com |
| Sean M. O'Brien | on behalf of Creditor BANK OF AMERICA N.A. DMcDonough@flwlaw.com |
| Thomas G. Egner | on behalf of Joint Debtor April L. Kneiblher tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Debtor Dennis L. Kneiblher Jr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |

TOTAL: 10